IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TELOS HOLDINGS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:14-0957 Judge Trauger |
| S.A.A.R. SrLX5 GROUP AB, BELIEVE DIGITAL, HENRY HADAWAY ORGANISATION, LTD, HHO LICENSING LIMITED, HENRY HADAWAY, and DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that a discovery dispute telephone conference shall be held with counsel for the parties on Thursday, October 23, 2014, at 2:30 p.m. Counsel shall call (866) 590-5055 and enter Access Code 4952789, followed by the # sign when prompted, in order to participate in the telephone conference.

It is so **ORDERED.**

ENTER this 21st day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge