IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TELOS HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0957 |
| | ) | Judge Trauger |
| S.A.A.R. SrL, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

A discovery dispute telephone conference was held with counsel for the parties on April 6, 2015. The plaintiff complained that he has not yet received all of the discovery necessary with regard to the jurisdictional issues. It is hereby **ORDERED** that the plaintiff has permission to file a motion to compel which, if filed, will be referred to the Magistrate Judge for disposition, with the court's recommendation to the Magistrate Judge that he hold an in-person hearing on the motion.

It is hereby **ORDERED** that the plaintiff shall file its supplemental brief on jurisdictional issues by May 13, 2015, and the defendants shall respond by May 27, 2015.

It is so **ORDERED.**

ENTER this 7th day of April 2015.

_____
ALETA A. TRAUGER
U.S. District Judge