UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ONE MEDIA IP LIMITED, as successor-in-interest to TELOS HOLDINGS, INC. d/b/a Point Classics,<br><br>　　Plaintiff,<br><br>v.<br><br>S.A.A.R. SrL, BELIEVE SAS d/b/a BELIEVE DIGITAL GROUP and BELIEVE US, HENRY HADAWAY ORGANISATION, LTD., HHO LICENSING LIMITED, HENRY HADAWAY, And DOES 1-10, inclusive,<br><br>　　Defendants. | Case No. 3:14-cv-0957<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motions to Dismiss for Lack of Personal Jurisdiction filed by SAAR (Docket No. 19) and Believe (Docket No. 38) are **GRANTED**. All claims against SAAR and Believe are hereby **DISMISSED**.

The court's disposition of the motions does not resolve the pending claims against the Hadaway Defendants, against whom the Clerk entered a default under Fed. R. Civ. P. 55(a). (Docket No. 56.) By August 27, 2015, the plaintiff shall file a Motion for Default Judgment or otherwise notify the court as to how the plaintiff intends to proceed with respect to the Hadaway Defendants.

It is so **ORDERED**.

Enter this 7th day of August 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　　United States District Judge

1