UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ONE MEDIA IP LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-0957 |
| ) | |
| HENRY HADAWAY ORGANISATION, ) | Judge Aleta A. Trauger |
| LTD. et al., ) | Magistrate Judge E. Clifton Knowles |
| ) | |
| Defendants. ) | |

### THE HADAWAY DEFENDANTS' MOTION TO GRANT RELIEF FROM DEFAULT JUDGMENT UNDER RULE 60(b)(4) AND DISMISS UNDER RULE 12(b)(2)

Pursuant to Federal Rule of Civil Procedure 60(b)(4), Defendants Henry Hadaway Organisation, Ltd., HHO Licensing Ltd., and Henry Hadaway (collectively, the "Hadaway Defendants") respectfully move the Court to grant them relief from the default judgment entered against them (Dkt. 77), of which they were served with notice on January 27, 2016 (Dkt. 84–86). In addition to the fact that Plaintiff's claims of infringement are factually baseless and time-barred, like the other Defendants, the Hadaway Defendants are not subject to personal jurisdiction, meaning that the default judgment against them is void and must be set aside.

Further, because the Hadaway Defendants are not subject to personal jurisdiction, they also respectfully move for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(2).

As support for this Motion, the Hadaway Defendants rely on the contemporaneously filed Memorandum in Support of the Hadaway Defendants' Motion to Grant Relief from Default Judgment Under Rule 60(b)(4) and Dismiss Under Rule 12(b)(2) and the Declarations of Henry Hadaway and Lawrence Abramson, as well as the exhibits thereto.

Dated: April 27, 2016

Respectfully submitted,

/s/ Paige Waldrop Mills
Paige Waldrop Mills (TN Bar No. 16218)
Clark D. Milner (TN Bar No. 32263)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200

*Counsel for Henry Hadaway Organisation, Ltd., HHO Licensing Limited, and Henry Hadaway*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2016, a true and exact copy of the foregoing has been served on the following via the Court's electronic filing system:

Jason L. Turner
Jennifer S. Ghanem
Keller, Turner, Ruth, Andrews, Ghanem & Heller, PLLC
700 12th Avenue South
Suite 302
Nashville, TN 37203

*Counsel for Plaintiff*

Jeffrey L. Allen
Samuel David Lipshie
Patricia Head Moskal
Bradley Arant Boult Cummings LLP (Nashville Office)
1600 Division Street
Suite 700
Nashville, TN 37203-0025

*Counsel for S.A.A.R. SrL*

David M. Given
Phillips, Erlewine, Given & Carlin LLP
39 Mesa Street
Suite 201
The Presidio
San Francisco, CA 94129

John J. Griffin, Jr.
Michael A. Johnson
Kay, Griffin, Enkema & Colbert, PLLC
222 Second Avenue North
Suite 340-M
Nashville, TN 37201

*Counsel for Believe Digital*

/s/ Paige Waldrop Mills
Paige Waldrop Mills